## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

DUANE J. CAMPBELL on behalf of himself
and all others similarly situated,

                Plaintiff,

          *vs.*
                                  Case No.: 1:18-cv-00731-WCG

JEFFERSON CAPITAL SYSTEMS LLC, a
Georgia Limited Liability Company; and JOHN
DOES 1-10,

                Defendants.

## NOTICE OF SETTLEMENT

      Plaintiff, Duane J. Campbell, hereby notifies the Court that Plaintiff and Defendant, Jefferson Capital Systems, LLC ("Jefferson"), have reached a settlement as it relates to Plaintiff's claims against Jefferson. The Parties will file a Stipulation of Dismissal once they have finalized and executed the necessary paperwork.

                                          *s/ Andrew T. Thomasson*
                                          Philip D. Stern (NJ Bar # 045921984)
                                          Andrew T. Thomasson (NJ Bar # 048362011)
                                          STERN•THOMASSON LLP
                                          150 Morris Avenue, 2nd Floor
                                          Springfield, NJ 07081-1315
                                          Telephone: (973) 379-7500
                                          Facsimile:  (973) 532-5868
                                          E-Mail: philip@sternthomasson.com
                                          E-Mail: andrew@sternthomasson.com

                                          *One of the Attorneys for Plaintiff, Duane J. Campbell*